IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                    Plaintiff,                         ORDER

          v.
                                                       15-cr-16-bbc-1
DARREN BISHOP,

                    Defendant.

---

A hearing on the probation office's petition for judicial review of Darren Bishop's supervised release was held on June 10, 2020, before U.S. District Judge Barbara B. Crabb. The following parties appeared via Zoom video conferencing. The government appeared by Assistant U.S. Attorney Timothy O'Shea. Defendant was present with defense counsel Erika Bierma. Also present was Senior U.S. Probation Officer John F. Pick. Defendant was detained at the Eau Claire County, Wisconsin, jail.

From the record, I make the following findings of fact.

FACTS

Defendant was sentenced in the Western District of Wisconsin on July 21, 2015, following his conviction for felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). This offense is a Class C felony. Defendant was committed to the custody of the Bureau of Prisons to serve a term of imprisonment of 42 months, with a three-year

1

term of supervised release to follow. Defendant's term of supervised release commenced on November 20, 2018, after he completed a concurrent sentence with the Wisconsin Department of Corrections.

The U.S. Probation Office filed a petition with the court on May 20, 2020, alleging defendant violated his conditions of supervised release by illegally possessing and using controlled substances, failing to comply with drug treatment and testing, and engaging in new criminal conduct. Subsequently, this court issued a bench warrant for his arrest.

Defendant was arrested on the bench warrant on May 22, 2020 and is currently detained at the Eau Claire County jail.

This court will continue the judicial review hearings for a period of 90 days to provide defendant with the opportunity to participate in treatment and other services at the Fahrman Center Residential Re-entry Center (RRC) in Eau Claire, Wisconsin.

ORDER

IT IS ORDERED that a ruling on the probation office's motion for judicial review of defendant's supervised release is CONTINUED until September 1, 2020, unless before that time the probation office renews its motion on the grounds that defendant has violated the conditions of supervised release imposed upon him on July 21, 2015.

Defendant shall be released immediately from the Eau Claire County jail. Upon his release, he shall report immediately to the Fahrman Center RRC in Eau Claire.

Entered this 10th day of June, 2020.

BY THE COURT:

/s/

_____
Barbara B. Crabb
District Judge